THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| POINTSTORY, LLC, a Washington limited liability company,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>PROTALUS USA, LLC, a Delaware limited liability company,<br><br>　　　　　　　　Defendant. | Case No. 2:23-cv-01691-JLR<br><br>**ORDER ON STIPULATION TO CONTINUE DEADLINES** |

## **ORDER**

Based on the parties' Stipulated Motion to Continue Deadlines, it is hereby ORDERED:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Initial Disclosures Pursuant to FRCP 26(a)(1) | January 3, 2024 | January 31, 2024 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | January 10, 2024 | February 7, 2024 |

DATED this 29th day of December, 2023.

_____
The Honorable James L. Robart

**ORDER ON STIP. MOT. TO CONTINUE DEADLINES -** Page 1

CHENOWETH LAW GROUP, PC
510 SW Fifth Avenue, Fourth Floor
Portland, OR 97204
Telephone: (503) 221-7958
Facsimile: (503) 221-2182
Email: brianc@chenowethlaw.com
sgustitus@chenowethlaw.com