# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| POINTSTORY, LLC, a Washington limited liability company;<br><br>Plaintiff,<br><br>v.<br><br>PROTALUS USA, LLC, a Delaware limited liability company;<br><br>Defendants. | **NO.** 2:23-cv-01691-JLR<br><br>ANSWER TO DEFENDANT'S COUNTERCLAIMS |

COMES NOW PLAINTIFF POINTSTORY, LLC, by and through his attorneys of record, Lovik & Juhl, PLLC, and Answer Defendant's Counterclaim(s) as follows:

### FIRST COUNTERCLAIM

### (Violation of Washington Consumer Protection Act)

29. This paragraph contains no allegations requiring a response. To the extent that an allegation is inferred, such allegation is Denied.

30. Denied.

31. Denied.

**ANSWER TO DEFENDANT'S COUNTERCLAIM** –
*Page 1*

**LOVIK & JUHL, PLLC**
936 N. 34th Street, Suite 300
Seattle, WA 98103
(206) 706-2831

33. Denied.

34. Denied.

35. Allegations in this paragraph call for a legal interpretation for which no response is required.  To the extent that an allegation is inferred, such allegation is Denied.

## SECOND COUNTERCLAIM

### (Negligent Misrepresentation)

36. This paragraph contains no allegations requiring a response.  To the extent that an allegation is inferred, such allegation is Denied.

37. Denied.

38. Denied.

39. Plaintiff Admits that it supplied information to the Defendant. To the extent that the allegations in this paragraph allege that information was supplied in bad faith, the allegation(s) are Denied.

40. Denied.

41. Plaintiff lacks knowledge as to this allegation and so Denies the same.

42. Plaintiff lacks knowledge as to this allegation and so Denies the same.

43. Plaintiff lacks knowledge as to this allegation and so Denies the same.

## THIRD COUNTERCLAIM

### (Fraud)

44. This paragraph contains no allegations requiring a response.  To the extent that an allegation is inferred, such allegation is Denied.

45. Plaintiff Admits that it supplied information to the Defendant. To the extent that the allegations in this paragraph allege that information was supplied in bad faith, the allegation(s) are Denied.

ANSWER TO DEFENDANT'S COUNTERCLAIM –
*Page 2*

LOVIK & JUHL, PLLC
936 N. 34th Street, Suite 300
Seattle, WA  98103
(206) 706-2831

46. Denied

47. Denied.

48. Plaintiff lacks knowledge as to this allegation and so Denies the same.

49. Plaintiff lacks knowledge as to this allegation and so Denies the same.

50. Allegations in this paragraph call for a legal interpretation for which no response is required. To the extent that an allegation is inferred, such allegation is Denied.

51. Plaintiff lacks knowledge as to this allegation and so Denies the same.

## FOURTH COUNTERCLAIM

### (Attorney Fees)

52. This paragraph contains no allegations requiring a response. To the extent that an allegation is inferred, such allegation is Denied.

53. Plaintiff admits that the prevailing party in this action is entitled to an award of its reasonable attorney fees and costs incurred herein. The allegation that Defendant is entitled to an award of its reasonable attorney fees and costs incurred herein is Denied.

## AFIRMATIVE DEFENSES

1. Defendant's counterclaims fail to state a claim upon which relief can be granted.

2. Defendant failed to mitigate its damages and to protect itself from avoidable consequences.

3. Defendant is entitled to offsets or reductions previously paid on this matter.

4. Defendant's alleged damages may have been proximately caused by the conduct, acts, or omissions of other persons and/or entities over whom the Plaintiffs have no control.

5. Defendant's counterclaims are barred in whole or part due to its breach of the contract.

ANSWER TO DEFENDANT'S COUNTERCLAIM –
*Page 3*

LOVIK & JUHL, PLLC
936 N. 34th Street, Suite 300
Seattle, WA 98103
(206) 706-2831

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for relief as follows:

1. Dismissal of Defendant's counterclaims in their entirety with prejudice;

2. Attorney fees, taxable costs, and sanctions, as the court deems appropriate;

3. Any other relief as the Court deems just at equitable;

DATED:  JULY 30, 2024

                                **LOVIK & JUHL, PLLC**

                                _____
                                Nicholas W. Juhl, WSBA 353118
                                njuhl@lovikandjuhl.com
                                936 N 34th Street
                                Suite 300
                                Seattle, WA 98103
                                (206) 706-2831

ANSWER TO DEFENDANT'S COUNTERCLAIM –
*Page 4*

LOVIK & JUHL, PLLC
936 N. 34th Street, Suite 300
Seattle, WA  98103
(206) 706-2831