THE HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| POINTSTORY, LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PROTALUS USA, LLC, a Delaware limited liability company<br><br>Defendant. | Case No. 2:23-cv-01691-MLP<br><br>NOTICE OF WITHDRAWAL OF COUNSEL FOR DEFENDANT PROTALUS USA, LLC<br><br>**[CLERK'S ACTION REQUIRED]** |

TO:     **THE CLERK OF THE COURT**

AND TO:     **ALL PARTIES AND ALL COUNSEL OF RECORD**

PLEASE TAKE NOTICE that attorney MICAH R. STEINHILB, hereby withdraws as attorney of record for Defendant PROTALUS USA, LLC, effective immediately.

///

///

///

NOTICE OF WITHDRAWAL OF COUNSEL FOR DEFENDANT PROTALUS USA, LLC (23-01691) - 1

**GORDON & POLSCER, L.L.C.**
9020 SW Washington Square Road, Suite 560
Tigard, OR 97223
Telephone: (503) 242-2922

1  PLEASE TAKE NOTICE Brian D. Chenoweth and Sandra S. Gustitus of Chenoweth Law Group <u>remain</u> as counsel of record for Defendant PROTALUS USA, LLC.

DATED this 6th Day of December, 2024.

                          Respectfully Submitted:

                          GORDON & POLSCER LLC

                          **WITHDRAWING ATTORNEY**

                          By: <u>*s/ Micah R. Steinhilb*</u>
                                Micah R. Steinhilb, WSBA No. 45311
                                msteinhilb@gordon-polscer.com