Magistrate Judge Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| POINTSTORY, LLC, a Washington limited liability company;<br><br>                Plaintiff,<br><br>  v.<br><br>PROTALUS USA, LLC, a Delaware limited liability company,<br><br>                Defendants. | NO. 2:23-cv-01691-JLR<br><br>**PLAINTIFF'S MOTIONS IN LIMINE** |

**Motion in Limine No. 1.  To Exclude Evidence of Settlement Negotiations.**

Pursuant to Federal Rule of Evidence 408, Plaintiff moves to exclude any evidence, testimony, or reference to settlement negotiations between the parties.  Such evidence is inadmissible as it is offered to prove or disprove the validity or amount of a disputed claim.

**Motion in Limine No. 2.  To Exclude Undisclosed Witnesses and Exhibits.**

Plaintiff moves to exclude any witnesses or exhibits not disclosed in Defendant's initial disclosures or pretrial disclosures, as required under Fed. R. Civ. P. 26 and 37(c)(1).

PLAINTIFF'S PRETRIAL STATEMENT
PURSUANT TO LCR 16(H) - 1

2077621.01

**Motion in Limine No. 3. To Exclude Hearsay Testimony.**

Plaintiff moves to exclude any hearsay statements not falling with in a recognized exception under Federal Rule of Evidence 801-807. This includes any out-of-court statements offered to prove the truth of the matter asserted without proper foundation or exception.

**Motion in Limine No. 4. To Exclude Lay Opinions on Contract Interpretation.**

Plaintiff moves to exclude testimony from lay witnesses regarding their interpretations of the contract(s) at issue under Federal Rule of Evidence 701. Lay opinion must be rationally based on the witness's perception and not based on legal or contractual interpretation.

Respectfully submitted this 18th day of April, 2025.

_____
Nicholas W. Juhl, WSBA 35318
Attorney(s) for Plaintiff

PLAINTIFF'S PRETRIAL STATEMENT
PURSUANT TO LCR 16(H) - 2

2077621.01