THE HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

POINTSTORY, LLC, a Washington limited
liability company,

                 Plaintiff,

    v.

PROTALUS USA, LLC, a Delaware limited
liability company,

                 Defendant.

Case No. 2:23-cv-01691-MLP

**AMENDED PRETRIAL ORDER**

## JURISDICTION

The U.S. District Court has jurisdiction over this matter pursuant to a "Governing Law"

provision in the Agreements entered into by the parties; as well as diversity jurisdiction.

## CLAIMS AND DEFENSES

Plaintiff will pursue the following claims for relief at trial:

1. Breach of Contract; and
2. Unjust Enrichment.

Defendant will pursue the following affirmative defenses at trial:

1. Breach of Contract;
2. Estoppel;
3. Set Off / Recoupment; and
4. Failure to State a Claim.

**CHENOWETH LAW GROUP, PC**
510 SW Fifth Avenue, Fourth Floor
Portland, OR 97204
Telephone: (503) 221-7958
Facsimile: (503) 221-2182
Email: brianc@chenowethlaw.com

**AMENDED PRETRIAL ORDER (23-1691) -** Page 1

Defendant will pursue the following counterclaims at trial:

1.  Violation of the Washington Consumer Protection Act;
2.  Negligent Misrepresentation;
3.  Fraud; and
4.  Attorney Fees.

## ADMITTED FACTS

The following facts are admitted by the parties:

1.  PointStory, LLC is a digital eCommerce agency based in King County, Washington.

2.  Protalus USA, LLC is a shoe insole company based in Tualatin, Oregon.

3.  On or about December 21, 2020, PointStory and Protalus entered an agreement under which PointStory agreed to continue managing Protalus's Amazon marketplace account and provide other services related to advertising on Amazon.

4.  On or about March 8, 2021, PointStory and Protalus entered into an agreement titled "PointStory, LLC Agency Agreement" wherein PointStory contracted to provide Protalus with DSP advertising campaign management within the Amazon marketplace.

5.  On or about January 5, 2022, PointStory and Protalus entered another agreement titled "PointStory, LLC Agency Agreement" wherein PointStory contracted to provide Protalus advertising campaign management services within Facebook, Google, and Bing platforms.

6.  On or about June 6, 2022, the parties entered an "Amendment Agreement," which amended the agreement dated January 5, 2022.

7.  PointStory invoiced Protalus for services at the end of each billing month.

8.  On or about March 31, 2023, PointStory and Protalus ended the contracts by way of

**CHENOWETH LAW GROUP, PC**
510 SW Fifth Avenue, Fourth Floor
Portland, OR  97204
Telephone: (503) 221-7958
Facsimile: (503) 221-2182
Email: brianc@chenowethlaw.com

an Amended Agreement.

## ISSUES OF LAW

The following are the issues of law to be determined by the court:

1. Whether Defendant has breached the terms of the PointStory, LLC Agency Agreement(s) by failing to pay amounts invoiced for services provided thereunder?

2. Whether Defendant has been unjustly enriched by receiving and enjoying benefits provided by Plaintiff under conditions where it would be inequitable for Defendant to retain the benefits without paying the value thereof?

3. Whether Plaintiff violated the Washington Consumer Protection Act by engaging in unfair or deceptive practices?

4. Whether Plaintiff negligently supplied false information to Defendant with respect to Defendant's business transactions, including Defendant's decision to hire and retain Plaintiff to manage its online advertising and e-commerce?

5. Whether Plaintiff intentionally or recklessly made false representations to Defendant regarding Plaintiff's services and/or Defendant's online advertising performance?

## EXPERT WITNESSES

(a) Defendant shall be limited to 1 expert witness on the issues of Defendant's digital marketing and e-commerce performance while under the management of Plaintiff.

(b) The name and addresses of the expert witness to be used by Defendant at the trial and the issue upon which she will testify is:

**Erika Saracco**
Colorwheel Digital
19215 SE 34th St #106-325
Camas, WA 98607

CHENOWETH LAW GROUP, PC
510 SW Fifth Avenue, Fourth Floor
Portland, OR  97204
Telephone: (503) 221-7958
Facsimile: (503) 221-2182
Email: brianc@chenowethlaw.com

**AMENDED PRETRIAL ORDER (23-1691) –** Page 3

1
2

## OTHER WITNESSES

3
4

The names and addresses of witnesses, other than experts, to be used by each party at the time of trial and the general nature of the testimony of each are:

5

(a) On behalf of plaintiff:

6
7
8

**Tik Yip**
c/o Lovik & Juhl, PLLC
936 N 34th St, Ste 300
Seattle, WA 98103
(206) 706-2831

9
10

Tik Yip will offer testimony concerning Plaintiff's advertising campaign management services provided to Defendant and the details of billing for such services.

11
12
13
14

**Leszek Lekstan**
c/o Lovik & Juhl, PLLC
936 N 34th St, Ste 300
Seattle, WA 98103
(206) 706-2831

15
16

Leszek Lekstan will offer testimony concerning the payment of invoices by Defendant during the contractual relationship between the parties.

17
18
19
20

**Kerala Hise**
6736 24th Ave NW, Apt. 104
Seattle, WA 98117
(510) 914-0498
kerala.j.hise@gmail.com

21
22

Kerala Hise may be called to testify concerning the advertising campaign management work she performed on the Defendant's behalf.

23

(b) On behalf of defendant:

24
25
26

| Name/Address | Nature of Testimony | Will Testify or Possible Witness Only |
|---|---|---|
| **Anna Heston**<br>c/o Chenoweth Law Group<br>510 SW Fifth Avenue, 4th Fl | Ms. Heston will provide testimony regarding Defendant's communications with Plaintiff as | Will Testify |

**CHENOWETH LAW GROUP, PC**
**510 SW Fifth Avenue, Fourth Floor**
**Portland, OR  97204**
**Telephone: (503) 221-7958**
**Facsimile: (503) 221-2182**
**Email: brianc@chenowethlaw.com**

| | | |
|---|---|---|
| Portland, OR97204<br>(503) 221-7958 | well as the performance of Defendant's online advertising and e-commerce while under Plaintiff's management. | |
| **Henrik Norremark**<br>c/o Chenoweth Law Group<br>510 SW Fifth Avenue, 4th Fl<br>Portland, OR97204<br>(503) 221-7958 | Mr. Norremark will provide testimony regarding Defendant's communications with Plaintiff as well as Defendant's damages. | Possible Witness Only |
| **Erika Saracco**<br>Colorwheel Digital<br>19215 SE 34th St #106-325<br>Camas, WA 98607<br>503-720-8163 | Ms. Saracco will provide expert witness testimony regarding her analysis of Defendant's digital marketing and e-commerce performance while under the management of Plaintiff. | Will Testify |
| **Nick Harris**<br>Prism Growth<br>nick@prismgrowth.com<br>(802) 733-7868 | Mr. Harris may provide testimony regarding his observations of Plaintiff's management of Defendant's Google account. | Possible Witness Only |
| **Nicole Cluskey**<br>c/o Chenoweth Law Group<br>510 SW Fifth Avenue, 4th Fl<br>Portland, OR 97204<br>(503) 221-7958 | Ms. Cluskey may provide testimony regarding Defendant's communications with Plaintiff as well as Defendant's damages. | Possible Witness Only |

## EXHIBITS

Identify each exhibit with a number, which becomes the number for the exhibit at the trial and appears on the exhibit tag with the following information in table format:

| PLAINTIFFS EXHIBITS | | | | | |
|---|---|---|---|---|---|
| **Exhibit** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| **1.** | PointStory, LLC Agency Agreement (Amazon DSP) | Stipulated | Stipulated | | |
| **2.** | PointStory, LLC Agency Agreement (Google/Bing/Facebook) | Stipulated | Stipulated | | |
| **3.** | Amendment Agreement | Stipulated | Stipulated | | |
| **4.** | Amendment Agreement | Stipulated | Stipulated | | |

CHENOWETH LAW GROUP, PC<br>510 SW Fifth Avenue, Fourth Floor<br>Portland, OR 97204<br>Telephone: (503) 221-7958<br>Facsimile: (503) 221-2182<br>Email: brianc@chenowethlaw.com

**PLAINTIFFS EXHIBITS**

| Exhibit | Description | Authenticity | Admissibility | Objection | Admitted |
|---------|-------------|--------------|---------------|-----------|----------|
| **5.** | Invoice No. 1476 | Stipulated | Stipulated | | |
| **6.** | Invoice No. 1505 | Stipulated | Stipulated | | |
| **7.** | Invoice No. 1507 | Stipulated | Stipulated | | |
| **8.** | Invoice No. 1515 | Stipulated | Stipulated | | |
| **9.** | Invoice No. 1520 | Stipulated | Stipulated | | |
| **10.** | Invoice No. 1521 | Stipulated | Stipulated | | |
| **11.** | Invoice No. 1527 | Stipulated | Stipulated | | |
| **12.** | Invoice No. 1534 | Stipulated | Stipulated | | |
| **13.** | Invoice No. 1539 | Stipulated | Stipulated | | |
| **14.** | Protalus Weekly Reporting *Electronic Exhibit (EXCEL)* | Disputed | Disputed | F | |
| **15.** | Protalus Weekly Notes | Disputed | Disputed | F | |
| **16.** | Amazon - Setting up and optimizing Sponsored Advertising Campaigns | Disputed | Disputed | F | |
| **17.** | Facebook - Create New Campaigns | Disputed | Disputed | F | |
| **18.** | Facebook - Optimize Campaigns | Disputed | Disputed | F | |
| **19.** | Amazon Ads *Electronic Exhibit* | Disputed | Disputed | F | |
| **20.** | Amazon Optimization Uploads *Electronic Exhibit (EXCEL)* | Stipulated | Stipulated | | |
| **21.** | Sponsored Products Search Termreport *Electronic Exhibit (EXCEL)* | Stipulated | Stipulated | | |

CHENOWETH LAW GROUP, PC
510 SW Fifth Avenue, Fourth Floor
Portland, OR  97204
Telephone: (503) 221-7958
Facsimile: (503) 221-2182
Email: brianc@chenowethlaw.com

1

| DEFENDANT'S EXHIBITS | | | | | |
|---|---|---|---|---|---|
| Exhibit | Description | Authenticity | Admissibility | Objection | Admitted |
| **101.** | Screenshot of PointStory website "About Us" (https://www.pointstory.io) | Stipulated | Stipulated | | |
| **102.** | Screenshot of PointStory website "How we can help you" (https://www.pointstory.io) | Stipulated | Stipulated | | |
| **103.** | Screenshot of PointStory website "Our Services" (https://www.pointstory.io) | Stipulated | Stipulated | | |
| **104.** | PointStory, LLC Agency Contract dated 12/21/20 | Stipulated | Stipulated | | |
| **105.** | PointStory, LLC Agency Contract dated 2/8/2021 (POINTSTORY_000048-000051) | Stipulated | Stipulated | | |
| **106.** | Email from T. Yip to A. Chan dated 10/11/2021 | Stipulated | Stipulated | | |
| **107.** | Text message from T. Yip to A. Heston dated 1/4/2022 | Stipulated | Stipulated | | |
| **108.** | PointStory, LLC Agency Contract dated 1/5/2022 (POINTSTORY_000074-000078) | Stipulated | Stipulated | | |
| **109.** | Amendment Agreement dated 6/6/2022 (POINTSTORY_000079-000080) | Stipulated | Stipulated | | |
| **110.** | PointStory, LLC Agency Contract dated 6/29/2022 | Stipulated | Stipulated | | |
| **111.** | Email from T. Yip to C. Barr dated 4/24/2023 (POINTSTORY_000101-000105) | Stipulated | Stipulated | | |
| **112.** | Sponsored Products Search Term Report dated 3/3/2022 (POINTSTORY_001100) | Stipulated | Stipulated | | |
| **113.** | Spreadsheet titled "Protalus Weekly Reporting" (POINTSTORY_000035) | Stipulated | Stipulated | | |

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**CHENOWETH LAW GROUP, PC**
**510 SW Fifth Avenue, Fourth Floor**
**Portland, OR  97204**
**Telephone: (503) 221-7958**
**Facsimile: (503) 221-2182**
**Email: brianc@chenowethlaw.com**

| | DEFENDANT'S EXHIBITS | | | | | |
|---|---|---|---|---|---|---|
| Exhibit | Description | Authenticity | Admissibility | Objection | Admitted |
| **114.** | Text from A. Heston to T. Yip dated 6/27/2022 (POINTSTORY_000024-000025) | Stipulated | Stipulated | | |
| **115.** | Case Study dated 10/6/2021 (POINTSTORY_001107-001109) | Stipulated | Stipulated | | |
| **116.** | Email from T. Yip to A. Chan and H. Norremark dated 10.14.2021 | Disputed | Disputed | F | |
| **117.** | Email from T. Yip to A. Heston dated 11/16/2021 (POINTSTORY_000056-000058) | Stipulated | Stipulated | | |
| **118.** | T. Yip text messages with Anna Heston dated 4/14/2022 (POINTSTORY_000013-000021) | Stipulated | Stipulated | | |
| **119.** | Impact – Account Setup and build grow affiliate program (POINTSTORY_000487-000488) | Stipulated | Stipulated | | |
| **120.** | Email from A. Heston to C. Barr dated 6/22/2022 | Stipulated | Stipulated | | |
| **121.** | Screenshot of PointStory website "Case Study – Protalus" (https://www.pointstory.io) | Stipulated | Stipulated | | |
| **122.** | Screenshot of PointStory website "A health and fitness brand" (https://www.pointstory.io) | Stipulated | Stipulated | | |
| **123.** | Screenshots of Protalus Google advertisement | Stipulated | Stipulated | | |
| **124.** | Screenshots of Protalus Facebook advertisement | Stipulated | Stipulated | | |
| **125.** | Amendment Agreement dated 3/14/2023 (POINTSTORY_000094-000095) | Stipulated | Stipulated | | |

CHENOWETH LAW GROUP, PC
510 SW Fifth Avenue, Fourth Floor
Portland, OR 97204
Telephone: (503) 221-7958
Facsimile: (503) 221-2182
Email: brianc@chenowethlaw.com

| DEFENDANT'S EXHIBITS | | | | | |
|---|---|---|---|---|---|
| **Exhibit** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| **126.** | *[reserved]* | | | | |
| **127.** | *[reserved]* | | | | |
| **128.** | *[reserved]* | | | | |
| **129.** | PointStory Invoice dated 5/31/2022 (POINTSTORY_000081-000082) | Stipulated | Stipulated | | |
| **130.** | Email from L. Lekstan to T. Yip and M. Yip dated 4/25/2023 (POINTSTORY_000106-000111) | Stipulated | Stipulated | | |
| **131.** | Email from S. Anderson to T. Yip, A. Heston dated 10/28/2021 (POINTSTORY_000052-000053) | Stipulated | Stipulated | | |
| **132.** | Email from C. Barr to A. Heston dated 6/15/2022 | Stipulated | Stipulated | | |
| **133.** | Protalus Topline Revenue from 1/1/18-11/1/23 dated 11/1/2023 | Stipulated | Stipulated | | |
| **134.** | Protalus "Supermetrics Test" Spreadsheet dated 3/13/2023 | Stipulated | Stipulated | | |
| **135.** | Summary of Protalus Damages | Disputed | Disputed | F | |
| **136.** | Report – PointStory Invoices and Payments | Disputed | Disputed | F | |
| **137.** | Impact.com Fraud List | Disputed | Disputed | F; MIL | |
| **138.** | PointStory, LLC Agency Contract dated 3/30/21 | Stipulated | Stipulated | | |
| **139.** | Protalus Advertisements | Stipulated | Stipulated | | |
| **140.** | Google ROAS charts from April and May 2023 | Disputed | Disputed | F | |

**CHENOWETH LAW GROUP, PC**
**510 SW Fifth Avenue, Fourth Floor**
**Portland, OR  97204**
**Telephone: (503) 221-7958**
**Facsimile: (503) 221-2182**
**Email: brianc@chenowethlaw.com**

1

## DEPOSITION DESINGATIONS

2

**A. Defendant's Deposition Designations:**

3

   1. Deposition of Courtney Titus taken on March 14, 2025

4

5

| 1. | 26:1-27:19 |
|----|------------|
| 2. | 41:2-42:4 |
| 3. | 47:14-48:22 |
| 4. | 64:25-65:22 |
| 5. | 74:2-12 |
| 6. | 76:5-11 |
| 7. | 88:25-89:10 |
| 8. | 92:6-16 |

6

7

8

9

10

11

12

13

14

   2. Deposition of Tik Shunyip taken on January 21, 2025

15

| 1. | 29:6-20 |
|----|---------|
| 2. | 42:24-43:9 |
| 3. | 47:5-48:9 |
| 4. | 56:23-57:8 |
| 5. | 65:19-66:23 |
| 6. | 73:3-24 |
| 7. | 78:15-80:2 |
| 8. | 95:11-17 |
| 9. | 103:8-20 |

16

17

18

19

20

21

22

23

24

25

26

**CHENOWETH LAW GROUP, PC**
510 SW Fifth Avenue, Fourth Floor
Portland, OR  97204
Telephone: (503) 221-7958
Facsimile: (503) 221-2182
Email: brianc@chenowethlaw.com

1   The Parties' Objection Code:

2   E Exhibit is objectionable because it constitutes attempted expert testimony from a person who

3   was not designated as an expert (Fed. R. Civ. P. 26)

4   F Lack of foundation

5   MIL Subject of Motion in Limine

6   In the Authenticity and Admissibility columns, indicate "Stipulated" or "Disputed". If

7   "Disputed", identify the objection in the Objection column. An objection based on a Fed. R.

8   Evid. should reference the rule number; additional objections should be referenced by a code that

9   the parties include with the exhibit list. The "Admitted" column is for use by the Court.

10

11

                          **ACTION BY THE COURT**

12       (a) This case is scheduled for trial before a jury on May 14, 2025, at 9:00 am.

13       (b) Trial briefs shall be submitted to the court on or before May 2, 2025.

14       (c) Jury instructions requested by either party shall be submitted to the court on or before

15   May 2, 2025.  Suggested questions of either party to be asked of the jury by the court on voir dire

16   shall be submitted to the court on or before May 2, 2025.

17       (d) This order has been approved by the parties as evidenced by the signatures of their

18   counsel. This order shall control the subsequent course of the action unless modified by a

19   subsequent order. This order shall not be amended except by order of the court pursuant to

20   agreement of the parties or to prevent manifest injustice.

21

22   DATED this 13th day of May, 2025.

23

24

25   _____
     THE HONORABLE MICHELLE L. PETERSON

26

**AMENDED PRETRIAL ORDER (23-1691) -** Page 11

CHENOWETH LAW GROUP, PC
510 SW Fifth Avenue, Fourth Floor
Portland, OR  97204
Telephone: (503) 221-7958
Facsimile: (503) 221-2182
Email: brianc@chenowethlaw.com

1

2    FORM APPROVED

3

4    _____*s/ Nicholas W. Juhl*_____
     Nicholas W. Juhl, WSBA No. 35318

5    Attorney for Plaintiff

6

7    _____*s/ Brian D. Chenoweth*_____
     Brian D. Chenoweth, WSBA No. 25877

8    Attorney for Defendant

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**AMENDED PRETRIAL ORDER (23-1691) –** Page 12

**CHENOWETH LAW GROUP, PC**
**510 SW Fifth Avenue, Fourth Floor**
**Portland, OR  97204**
**Telephone: (503) 221-7958**
**Facsimile: (503) 221-2182**
**Email: brianc@chenowethlaw.com**