```
      FILED
      LODGED
      MAY 20 2025
         AT SEATTLE
   CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                     DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| POINTSTORY, LLC, a Washington limited liability company,<br><br>                Plaintiff,<br><br>   v.<br><br>PROTALUS USA, LLC, a Delaware limited liability company,<br><br>                Defendant. | Case No. 23-1691-MLP<br><br>AMENDED VERDICT FORM |

We, the jury, being duly impaneled and sworn to try the issues in the case, find our verdict as follows:

(The same 8 jurors must agree to all of the answers in the verdict form.)

### SECTION A – PLAINTIFF'S CLAIMS

**1. Breach of Contract**

1.1. Did PointStory prove, by a preponderance of the evidence, that Protalus breached a valid and enforceable contract?

          __X__ Yes    ____ No

If you answered "Yes," proceed to Question 1.2. If "No," proceed to Question 2.

//

**ORIGINAL**

AMENDED VERDICT FORM - 1

1.2. Did PointStory suffer damages as a result of Protalus's breach?

__X__ Yes ____ No

If you answered "Yes," proceed to Question 1.3. If "No," proceed to Question 2.

1.3. What are PointStory's damages resulting from Protalus's breach of contract, if any:

$ 106,745.47

**SECTION B – DEFENDANT'S AFFIRMATIVE DEFENSES**

2. **Breach of Contract**

   2.1. On PointStory's claim against Protalus for breach of contract, did Protalus prove, by a preponderance of the evidence, that PointStory materially breached the contract first?

   __X__ Yes ____ No

   If you answered "Yes," proceed to question 3. If "No," proceed to Question 2.2.

   2.2. If no, did Protalus prove, by a preponderance of the evidence, that PointStory committed a non-material breach of the contract?

   ____ Yes ____ No

   2.3. If yes, is Protalus entitled to recoupment?

   2.4. If yes, state the amount of recoupment: $_____

**SECTION C – DEFENDANT'S COUNTERCLAIMS**

3. **Violation of the Washington Consumer Protection Act**

   3.1. Did Protalus prove by a preponderance of the evidence that PointStory violated the Washington Consumer Protection Act?

   ____ Yes __X__ No

   If you answered "Yes," proceed to Question 3.2. If "No," proceed to Question 4.

AMENDED VERDICT FORM - 2

3.2. Did Protalus suffer injury to business or property as a result of PointStory's violation of the Washington Consumer Protection Act?

_____Yes _____No

If you answered "Yes," proceed to Question 3.3. If "No," proceed to Question 4.

3.3. What is the amount of Protalus' damages proximately caused by PointStory's violation of the Washington Consumer Protection Act: $_____

**4. Negligent Misrepresentation**

4.1. Did Protalus prove by clear and convincing evidence that PointStory made negligent misrepresentations?

__X__Yes _____No

If you answered "Yes," proceed to Question 4.2. If "No," proceed to Question 5.

4.2. Did Protalus suffer damages as a result of PointStory's negligent misrepresentations?

__X__Yes _____No

If you answered "Yes," proceed to Question 4.3. If "No," proceed to Question 5.

4.3. Without duplicating any damages that you may have found in Question No. 3, what is the amount of Protalus' damages proximately caused by PointStory's negligent misrepresentations: $ 69,125.00

**5. Fraud**

5.1. Did Protalus prove by clear and convincing evidence that PointStory committed fraud?

_____Yes __X__No

If you answered "Yes," proceed to Question 5.2. If "No," proceed to Question 6.

5.2. Did Protalus suffer damages as a result of PointStory's fraud?

_____Yes _____No

AMENDED VERDICT FORM - 3

If you answered "Yes," proceed to Question 5.3. If "No," proceed to Question 6.

5.3. Without duplicating any damages that you may have found in Question No. 3 or 4, what is the amount of Protalus' damages proximately caused by PointStory's fraud:

$_____

### SECTION D – PLAINTIFF'S AFFIRMATIVE DEFENSES

**6. Reasonable Steps**

6.1. Did PointStory prove, by a preponderance of the evidence, that Protalus failed to take reasonable steps to reduce or avoid their damages?

__X__ Yes _____ No

If you answered "Yes," proceed to Question 6.2. If "No," sign the verdict form and stop.

6.2. If yes, state the amount you find could have been avoided with reasonable efforts:

$ 70,000.00

Dated this 20 day of May, 2025.

**JURY FOREPERSON**